IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 2

IN RE: Genesis Health Ventures Inc. et al

|  |  |  |
|---|---|---|
| James J. Hayes | ) | |
| Appellant | ) | Civil Action No. 06-103 |
| v. | ) | |
|  | ) | |
|  | ) | |
| Genesis Health Ventures Inc. et al | ) | Bankruptcy Case No.00-2692 |
|  |  | AP No.06-10 |
| Appellee |  | |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/19/06 was docketed in the District Court on 2/15/06:

> Oral Bench Ruling on January 19, 2006, denying Mr. Hayes 1) Motion to Reconsider the Orders Allowing the Genesis and Multicare Senior Lender Claims; and the Genesis and Multicare Senior Subordinated Note Claims 2) Motion to Appoint Pre-Final Decree Equity Committee 3) Reorganized Debtors' Sanctions

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                    Peter T. Dalleo
                                                    Clerk of Court

Date:   February 16, 2006

To:     U.S. Bankruptcy Court
        Counsel