

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   poppiti@blankrome.com



March 6, 2006

**BY HAND**

The Honorable Joseph J. Farnan
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    Hayes v. Genesis Health Ventures, Inc., *et al.*
               D. Del. C.A. No. 06-00103 JJF

Dear Judge Farnan:

    In conjunction with examining information regarding conflicts in the above-referenced matter, I took the opportunity to read the January 19, 2006 transcript of proceedings before the Honorable Judith H. Wizmur, the United States Bankruptcy Court judge designated to preside in matters pending in the United States Bankruptcy Court, District of Delaware.

    Given what I understand to be the nature of the dispute on appeal and the procedural history of underlying matters involving the parties, I respectfully suggest that mediation would result in a waste of time and resources.

    I would therefore recommend that the matter be set for a briefing schedule at the Court's direction.

                                                       Yours respectfully,

                                                         Vincent J. Poppiti

VJP/rst