```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| IN RE: : | |
| : | |
| GENESIS HEALTH VENTURES : | Bankruptcy Case 00-02692 (JHW) |
| INC., et al., : | |
| : | |
|     Debtors. : | |
| JAMES J. HAYES, : | |
| : | |
|     Appellant, : | |
| : | |
|     v. : | Civil Action No. 06-103 JJF |
| : | |
| GENESIS HEALTH VENTURES : | |
| INC., et al., : | |
| : | |
|     Appellees. : | |

## <u>O R D E R</u>

WHEREAS, the above-captioned Bankruptcy Appeal was to be referred to mediation in accordance with the Courts standing order dated July 23, 2004;

WHEREAS, by letter, the Court has been notified that mediation of this appeal would not be in the interest of judicial economy (D.I. 3);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed withing **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

March 9, 2006
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE