## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X----------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GENESIS HEALTH VENTURES, INC., | : | Case No. 00-2692  (PJW) |
| *et al.,* | : | |
| | : | |
| **Reorganized Debtors.** | : | |

---------------------------------------------------------------X----------------------------------------------------------

| | | |
|---|---|---|
| JAMES J. HAYES, | : | |
| | : | |
| **Appellant,** | : | |
| v. | : | Civil Action No. 06-103 (JJF) |
| | : | |
| GENESIS HEALTH VENTURES, INC., | : | |
| *et al.,* | : | |
| | : | |
| **Apellees.** | : | |

---------------------------------------------------------------X----------------------------------------------------------

### AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : SS | |
| NEW CASTLE COUNTY | : | |

Barbara J Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P A., and that on the 10th day of March, 2006, she caused a copy of the following to be served upon (local) via hand delivery and (non-local) via first class mail and federal express on the attached list:

*Briefing Schedule Order [Docket No. 4]*

Barbara J. Witters
RICHARDS, LAYTON & FINGER, P A.
One Rodney Square
P O. Box 551
Wilmington, DE  19899
(302) 651-7700

RLF1-2990791-1

SWORN TO AND SUBSCRIBED before me this 16th day of March, 2006.

_____
Notary Public

**LESLEY A. MORRIS**
Notary Public - State of Delaware
My Comm Expires April 17, 2007

-2-

GENESIS HEALTH VENTURES, INC
SERVICE LIST

**Via Hand Delivery**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 N. King Street, Room 2311
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
The Brandywine Building
Wilmington, DE 19801
(Counsel for Mellon Bank, N.A.)

**Via First Class Mail**

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(Counsel for Mellon Bank, N.A.)

**Via Federal Express**

James J. Hayes
4024 Estabrook Drive
Annandale, VA 22003

RLF1-2990791-1