IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                                  :
In re:                                         :        **Chapter 11**

                                                  :        **Case No. 00-2692 (PJW)**
**GENESIS HEALTH VENTURES, INC.,**      :
*et al.*,

**JAMES J. HAYES,**
             **Appellant,**
                                 **C.A. No. 06-103 (JJF)**
     v.

**GENESIS HEALTH VENTURES, INC.,**
*et al.*,

             **Appellees.**
----------------------------------------------------------x

**APPELLEE MELLON BANK, N.A.'s JOINDER IN APPELLEE GENESIS HEALTH VENTURES, INC. (I) OBJECTION TO APPELLANT'S MOTION TO STAY THE BRIEFING SCHEDULE RELATING TO THIS APPEAL AND (II) CROSS-MOTION FOR THE ENTRY OF AN ORDER (A) IMPOSING MONETARY SANCTIONS AGAINST APPELLANT, (B) BARRING APPELLANT FROM FILING ANY ADDITIONAL MOTIONS IN CONNECTION WITH THIS APPEAL AND (C) RELIEVING THE REORGANIZED DEBTORS OF THEIR OBLIGATION TO RESPOND TO ANY ADDITIONAL PLEADINGS FILED BY APPELLANT**

       Appellee Mellon Bank, N.A. ("Mellon"), by its counsel, Morgan, Lewis & Bockius LLP and Klett Rooney Lieber & Schorling P.C., joining in the Appellee Genesis Health Ventures, Inc. (I) Objection to Appellant's Motion To Stay The Briefing Schedule Relating To This Appeal And (II) Cross-Motion For The Entry Of An Order (A) Imposing Monetary Sanctions Against Appellant, (B) Barring Appellant From Filing Any Additional Motions In Connection With This Appeal And (C) Relieving The Reorganized Debtors Of Their Obligation

65644

To Respond To Any Additional Pleadings Filed By Appellant (the "Objection and Cross-Motion"), respectfully represents as follows:

1. Mellon acted as administrative agent for the senior secured lenders (the "Senior Lenders") under the prepetition and post-petition credit agreements of Genesis Health Ventures, Inc. and its affiliates (the "Reorganized Debtors").

2. Pursuant to an order dated March 2, 2006, the Bankruptcy Court denied the motions by Mr. James Hayes for the appointment of a pre-final decree equity committee and for reconsideration of the orders allowing the Senior Lenders' claims in the Reorganized Debtors' bankruptcy cases, and granted sanctions in the amount of $20,000 ($15,000 payable to Mellon for the benefit of the Senior Lenders) against Mr. Hayes for his continuing vexatious litigation (the "March 2 Order").

3. Mr. Hayes appealed from the March 2 Order,[1] and by order dated March 9, 2006, this Court set a briefing schedule for the appeal. Mr. Hayes thereafter filed a patently frivolous motion in this Court, seeking, among other things, to stay the briefing schedule on the appeal set by the Court (the "Stay Motion").

4. Although Mr. Hayes served Mellon with a copy of his notice of appeal, he failed to serve Mellon with the Stay Motion, despite the fact that he sought to directly affect thereby the rights and interests of Mellon and the Senior Lenders.[2]

---

[1] Although Mr. Hayes filed his notice of appeal from the Bankruptcy Court's oral determination at the hearing held on January 19, 2006, under Fed. R. Bankr P. 8002(a), the notice of appeal is to be treated as filed after entry of the March 2 Order.

[2] Mr. Hayes also filed a similarly baseless motion with the Bankruptcy Court to stay the March 2 Order, which motion he again failed to serve on Mellon.

5.  In addition to its procedural deficiency, Mr. Hayes' Stay Motion is substantively devoid of any merit. In order not to burden the Court with repetitious pleadings, Mellon hereby joins and incorporates herein the Reorganized Debtors' Objection and Cross-Motion.

6.  Accordingly, Mellon requests that the Court deny Mr. Hayes' Stay Motion, grant the Reorganized Debtors' and Mellon's cross-motion and impose appropriate sanctions upon Mr. Hayes, together with such other and further relief as this Court deems just and proper.

Dated: March 30, 2006
Wilmington, Delaware

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

_____
Teresa K.D. Currier (3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200

-and-

Richard S. Toder
Menachem O. Zelmanovitz
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Mellon Bank, N.A.