IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :   Chapter 11
In re:                                                     :
                                                           :   Case No. 00-2692 (PJW)
GENESIS HEALTH VENTURES, INC.,                             :
et al.,                                                    :
                                                           :
              Reorganized Debtor.                          :
-----------------------------------------------------------x
                                                           :
JAMES J. HAYES,                                            :
              Appellant,                                   :
                                                           :   C.A. No. 06-103 (JJF)
       v.                                                  :
                                                           :
GENESIS HEALTH VENTURES, INC.,                             :
et al.,                                                    :
                                                           :
              Appellees.                                   :
-----------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I, Teresa K.D. Currier, hereby certify that on March 30, 2006, I electronically filed the **Appellee Mellon Bank, N.A.'s Joinder in Appellee Genesis Health Ventures, Inc. (I) Objection to Appellant's Motion To Stay The Briefing Schedule Relating To This Appeal And (II) Cross-Motion For The Entry Of An Order (A) Imposing Monetary Sanctions Against Appellant, (B) Barring Appellant From Filing Any Additional Motions In Connection With This Appeal And (C) Relieving The Reorganized Debtors Of Their Obligation To Respond To Any Additional Pleadings filed by Appellant** with the Clerk of Court using CM/ECF which will send notification of such **filing** to registered participants. I further certify that on March 31, 2006, I have mailed the document by Federal Express, to the parties listed on the attached service list.

Wilm. 63783

**KLETT ROONEY LIEBER & SCHORLING,**
**a Professional Corporation**

   /s/ Teresa K.D. Currier
Teresa K.D. Currier (No. 3059)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)

Attorneys for Mellon Bank, N.A.

Wilm. 63783

**Via Federal Express**

James J. Hayes
Pro Se
4024 Estabrook Drive
Annandale, VA 22003

Wilm. 63783