IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENESIS HEALTH VENTURES, INC., et al., | Bankr. Case No. 00-2692 (PJW)<br>(Jointly Administered) |
| Debtors, | |
| --- | |
| JAMES J. HAYES, | |
| Appellant, | Civil Action No.: 06-103 (JJF) |
| v. | |
| GENESIS HEALTH VENTURES, INC., et al., | |
| Appellees. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, counsel moves the admission pro hac vice of Menachem O. Zelmanovitz to represent Mellon Bank, N.A. in these cases.

_____
Teresa K.D. Currier (No. 3080)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Date: April 4, 2006                      Counsel to Mellon Bank, N.A.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____, 2006       _____
                             United States District Court Judge

KRLS WILM 63748v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 of the United States District Court for the District of Delaware submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment ☐ will be submitted to the Clerk's Office upon the filing of this motion.

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000

Date: March 31, 2006