IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| IN RE: | Chapter 11 |
| GENESIS HEALTH VENTURES, INC., et al., | Bankr. Case No. 00-2692 (PJW) (Jointly Administered) |
| Debtors, | |
| JAMES J. HAYES, | |
| Appellant, | Civil Action No.: 06-103 (JJF) |
| v. | |
| GENESIS HEALTH VENTURES, INC., et al., | |
| Appellees. | |

## CERTIFICATE OF SERVICE

I, hereby certify that on April 4, 2006, I electronically filed the Motion and Order for Admission Pro Hac Vice for Matthew E. Schernecke with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on April 5, 2006, I have caused to be mailed the document by United States Postal Service to

James J. Hayes
4024 Estabrook Dr
Annandale, VA 22003

Russell C. Silberglied, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

/s/Teresa K.D. Currier
Teresa K.D. Currier (No. 3080)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Counsel to Mellon Bank, N.A.

KRLS WILM 65768