IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
GENESIS HEALTH VENTURES, INC.,                  :    Case No. 00-2692 (PJW)
et al.,                                         :
                                                :
            Reorganized Debtors.                :
------------------------------------------------x
JAMES J. HAYES,                                 :
            Appellant,                          :
                                                :
      v.                                        :    C.A. No. 06-103 (JJF)
                                                :
GENESIS HEALTH VENTURES, INC.,                  :
et al.                                          :    Re: Dkt. Nos. 6, 8 and 9
            Appellees.                          :
                                                :
------------------------------------------------x
```

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies as follows:

1. On March 24, 2006, Appellant James J. Hayes ("Hayes") filed his *Motion to Stay Briefing Schedule for Pro Se Appellant to Prepare a Rule 9011 Motion to Sanction Debtors' Counsel and a Section 327 Motion to Disqualify Debtors' Counsel from Arguing this Appeal, or Alternatively, a 30-Day Extension, if the Sanctions Award Against Appellant and the Motion to Reconsider Claims Are Stayed Until After the Appeal for the Appointment of a Pre-Termination Equity Committee Is Decided.* [Dkt. No. 6] (the "Stay Motion").

2. On March 30, 2006, Appellee Genesis Health Ventures, Inc. ("GHV" or the "Reorganized Debtors") timely filed *Appellee's (I) Objection to Appellant's Motion to Stay the Briefing Schedule Relating to this Appeal and (II) Cross-Motion for the Entry of an Order (A) Imposing Monetary Sanctions Against Appellant, (B) Barring Appellant from Filing any Additional Motions in Connection with this Appeal and (C) Relieving the Reorganized Debtors*

*of their Obligation to Respond to any Additional Pleadings Filed by Appellant.* [Dkt. No. 8] ("Cross-Motion").

3. On March 30, 2006, Appellee Mellon Bank, N.A. filed a joinder in the Reorganized Debtors' Cross-Motion. [Dkt. No. 9] ("Joinder").

4. Any reply brief was required to have been filed with this Court on or before April 11, 2006. See Local Rule 7.1.2. To date Hayes has not filed a reply.

WHEREFORE, the Reorganized Debtor's respectfully request that the order denying the motion and granting the cross-motion be granted.

Dated: April 19, 2006
Wilmington, Delaware

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Cynthia L. Collins (No. 4337)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

and

Michael F. Walsh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

and

Adam P. Strochak
Joanne M. Guerrera
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005

Attorneys for Appellees Genesis Health Ventures, Inc. and Norristown Nursing & Rehabilitation Associates, L.P.

## CERTIFICATE OF SERVICE

I, Cynthia L. Collins, hereby certifies that on April 19, 2006, I caused copies of the foregoing **Certification of Counsel** to be served (local) via hand delivery and (non-local) via federal express and first class mail as indicated on the attached service list.

*Cynthia L. Collins*
Cynthia L. Collins (No. 4337)

**GENESIS HEALTH VENTURES, INC.**
**CASE NO. 00-2692**
**SERVICE LIST**

**Via Hand Delivery**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 N. King Street, Room 2311
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
The Brandywine Building
Wilmington, DE 19801
(Counsel for Mellon Bank, N.A.)

**Via First Class Mail**

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(Counsel for Mellon Bank, N.A.)

**Via Federal Express**

James J. Hayes
4024 Estabrook Drive
Annandale, VA 22003