ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTH VENTURES, INC., et al., | ) | Case No. 00-2692 (JHW) |
| Debtors, | ) | |
| | ) | |
| JAMES J. HAYES, | ) | |
| Appellant, | ) | |
| | ) | C.A. No. 06-103 JJF |
| v. | ) | FILED |
| | ) | MAY - 1 2006 |
| GENESIS HEALTH VENTURES, INC., et al., | ) | U.S. DISTRICT COURT |
| Appellees. | ) | DISTRICT OF DELAWARE |

scanned

**Pro Se Appellant's Motion to Disqualify Reorganized Debtors' Counsel from Representing the Reorganized Debtors or Alternatively Reversing the Bankruptcy Court's Denial of an Equity Committee**

Pursuant to Section 327 (a) of Title 11 of the United States Code, 11 U.S.C. 327 (a), pro se appellant, James J. Hayes respectfully requests this Court disqualify the Reorganized Debtors' Counsel, Richards Layton & Finger, P.A. and Weil, Gotshal & Manges LLP from representing the Reorganized Debtors in the appeal of the bankruptcy court's denial of a Pre-Termination Equity Committee. Section 327(a) requires in pertinent part that debtors counsel not "represent an interest adverse to the estate,..." Reorganized Debtors' Counsel's opposition to the appointment of a Genesis equity committee is adverse to the interests of the Debtors' estate, and in fact represents the Senior Lenders' interests in this bankruptcy. (Please see the attached Motion For

Appointment of Pre-Final Decree Equity Committee.) At this time, an equity committee is uniquely positioned to recover damages for the Reorganized Debtors' estate from a successful suit against the Senior Lenders based on the allegations in the fraud on the bankruptcy suit that was recently remanded to the bankruptcy court for further proceedings.[1]

The *Haskell* complaint alleged a conspiracy between Genesis management and certain Senior Lenders that led to the undervaluation of the Debtors' estate that transferred hundreds of millions of dollars of wealth from the junior bondholders and equity holders to the Senior Lenders. On March 29, 2006, the Hon. Kent Jordan vacated the bankruptcy court's decision that the fraud on the bankruptcy court claims against Senior Lenders; Goldman Sachs & Co., ("Goldman"), Highland Capital Management, L.P., ("Highland"), and Mellon Bank, N.A., ("Mellon") were barred by res judicata and collateral estoppel and remanded the case to the bankruptcy court for further proceedings.

Alternatively, this Court could simply reverse the bankruptcy court's denial of an equity committee. A Genesis equity committee could investigate Reorganized Debtors' counsels' actions in the bankruptcy proceedings, the merits of the fraud allegations, and whether the investment banks Goldman and Highland, who had acquired large positions in the Senior debt participations, were "affiliates" of the Reorganized Debtors. According to the *Haskell* complaint, Goldman "forc[ed] the companies [Genesis and its Multicare subsidiary] into bankruptcy and seize[d] control." (C 30) If the allegations are meritorious, an equity committee could institute a suit against the Senior Lenders to

---

[1] *Richard Haskell, et al., v. Goldman, Sachs & Co., et al.*, Bankr. Case No. 00-2692. ( Referred herein as "Haskell", "Haskell complaint" or referenced as "C")

2

recover the value the Senior Lenders received in excess of their claims for the Genesis estate.

Dated: April 28, 2006
       Annandale, VA 22003

                                      Respectfully Submitted,

                                      James J. Hayes
                                      4924 Estabrook Dr.
                                      Annandale, VA 22003
                                      Pro Se

## CERTIFICATE OF SERVICE

      I certify a copy of the foregoing Motion was mailed from the Northern Virginia Regional Post Office on April 29, 2006 to the following counsel:

Russell C. Silberglied
Richards Layton and Finger P.A.
One Rodney Square
Wilmington, DE 19899; and

Adam P. Strochak
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900 Washington, DC 20005; and

Katherine B. Gresham
Assistant General Counsel
Bankruptcy and Appellate Litigation
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

James J. Hayes

3

4024 Estabrook Dr.
Annandale, VA 22003





Office of Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801



U.S. POSTAGE
PAID
MERRIFIELD, VA
22116
APR 25 '06
AMOUNT
$4.05
0004550S-53