IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | Bankruptcy Case No. 00-2692-JHW |
| | : | |
| Debtors. | : | |
| | : | |
| JAMES J. HAYES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-103-JJF |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | |
| | : | |
| Appellees. | : | |

## O R D E R

At Wilmington, this 23 day of May 2006 for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion To Stay Briefing Schedule For Pro Se Appellant To Prepare A Rule 9011 Motion To Sanction Debtors' Counsel And A Section 327 Motion To Disqualify Debtors' Counsel From Arguing This Appeal; Or Alternatively, A 30-Day Extension, If The Sanctions Award Against Appellant And The Motion To Reconsider Claims Are Stayed Until After The Appeal For The Appointment Of A Pre-Termination Equity Committee Is Decided (D.I. 6) is **DENIED**.

2. Appellees' Objection To Appellant's Motion To Stay The Briefing Schedule Relating To This Appeal (D.I. 8-1) is **SUSTAINED**.

    3.    Appellees' Cross-Motion For The Entry Of An Order (A) Imposing Monetary Sanctions Against Appellant is, (B) Barring Appellant From Filing Any Additional Motions In Connection With This Appeal And (C) Relieving The Reorganized Debtors Of Their Obligation To Respond To Any Additional Pleadings Filed By Appellant (D.I. 8-2) is **DENIED** to the extent monetary sanctions are sought and **GRANTED** to the extent that non-monetary relief is sought as outlined in the Court's Memorandum Opinion and this Order.

    4.    Appellant shall not be permitted to file further Motions in this action without first obtaining leave of Court. Motions filed by Appellant in this action without leave of Court will be denied *sua sponte*. Appellees are not required to file an answer to any Motion filed by Appellant in this action, unless the Motion has been filed pursuant to leave granted by the Court.

    5.    Appellant's Motion To Disqualify Reorganized Debtors' Counsel From Representing The Reorganized Debtors Or Alternatively Reversing The Bankruptcy Court's Denial Of An Equity Committee (D.I. 16) is **DENIED**.

    6.    The parties to this appeal shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

    a.    Appellant's Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

      b.    Appellees' Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

      c.    Appellant's Reply Brief on appeal shall be filed within **ten (10) days** of receipt of the Answering Brief.

_____
UNITED STATES DISTRICT COURT