IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| GENESIS HEALTH VENTURES, INC., *et al.*, | : Case No. 00-2692 (PJW) |
| | : |
| Reorganized Debtors. | : |
---------------------------------------------------------x
| | |
|---|---|
| JAMES J. HAYES, | : |
| | : |
| Appellant, | : |
| v. | : Civil Action No. 06-103 (JJF) |
| | : |
| GENESIS HEALTH VENTURES, INC., *et al.*, | : |
| | : |
| Apellees. | : |
---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

    Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 25th day of May, 2006, she caused a copy of the following to be served upon (local) via hand delivery and (non-local) via first class mail and federal express on the attached list:

*Memorandum Opinion [Docket No. 19]*

*Order [Docket No. 20]*

                                                  */s/ Barbara J. Witters*
                                                Barbara J. Witters
                                                RICHARDS, LAYTON & FINGER, P.A.
                                                One Rodney Square
                                                P.O. Box 551
                                                Wilmington, DE 19899
                                                (302) 651-7700

-2-

SWORN TO AND SUBSCRIBED before me this 26th day of May, 2006.

_____
Notary Public

JOAN M. WEBB
Notary Public - State of Delaware
My Comm. Expires April 30, 2008

-3-

GENESIS HEALTH VENTURES, INC.
SERVICE LIST

**Via Hand Delivery**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 N. King Street, Room 2311
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
The Brandywine Building
Wilmington, DE 19801
(Counsel for Mellon Bank, N.A.)

**Via First Class Mail**

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(Counsel for Mellon Bank, N.A.)

**Via Federal Express**

James J. Hayes
4024 Estabrook Drive
Annandale, VA 22003