IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | Bankruptcy Case No. 00-2692-JHW |
| | : | |
| Debtors. | : | |
| | : | |
| JAMES J. HAYES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-103-JJF |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | |
| | : | |
| Appellees. | : | |

**FINAL ORDER**

At Wilmington, this 15 day of February 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the January 19, 2006 oral rulings of the Bankruptcy Court (1) denying Appellant's Motion For Appointment Of Pre-Final Decree Equity Committee (the "Equity Committee Motion"); (2) denying Genesis Common Stock Class's Motion For Reconsideration Of The Genesis And Multicare Senior Lender Claims and the Genesis and Multicare Senior Subordinated Note Claims (the "502(j) Motion"); and (3) granting the Reorganized Debtors' Cross-Motion For Sanctions, as codified in the March 2, 2006 Order, are **AFFIRMED**.

UNITED STATES DISTRICT JUDGE