## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GENESIS HEALTH VENTURES INC. et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Bankruptcy Case No. 00-2692 JHW<br>) (Jointly Administered)<br>)<br>)<br>) |
| JAMES J. HAYES<br><br>Appellant,<br><br>v.<br><br>GENESIS HEALTH VENTURES, INC.,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-103-JJF<br>)<br>)<br>)<br>)<br>) |

**FILED**

MAR 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned
No Fee Received

### NOTICE OF APPEAL

Notice is hereby given that James J. Hayes, a former holder of common stock of Genesis Health Ventures, Inc., and a member of the Genesis Equity Class in the bankruptcy proceedings, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order Affirming Oral Rulings, codified in the 3/2/2006 Order of the Bankruptcy Court entered on February 16, 2007.

The attorney for Genesis Health Ventures, Inc. is Russell C. Silberglied; Richards, Layton & Finger; One Rodney Square; P.O. Box 551: Wilmington, Delaware 19899.

Dated: March 16, 2007

James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694

4024 Estabrook Dr.
Annandale, VA 22003

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 0100 0005 9815 3128

Office of Clerk
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

1 9801 33519 0012

UNITED STATES
POSTAL SERVICE

0000

19801

U.S. POSTAGE
MERRIFIELD, VA
2216
MAR 16 07
AMOUNT
$2.79
0004731-29