IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENESIS HEALTH VENTURES, INC., et al., | ) | Case No. 00-2692 (JHW) |
| Debtors, | ) | |
| | ) | |
| | ) | |
| JAMES J. HAYES, | ) | |
| Appellant, | ) | |
| | ) | C.A. No. 06-103 JJF |
| v. | ) | |
| | ) | |
| GENESIS HEALTH VENTURES, INC., et al., | ) | |
| Appellees. | ) | |

FILED
APR 3 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Motion for Extension of Time to File Notice of Appeal**

Pursuant to Rule 4(a)(5) of the Rules of Appellate Procedure, James J. Hayes respectfully requests this Court extend the time for filing a Notice of Appeal in this case to March 20, 2007, the date the attached Notice was filed in the district court.

Rule 4(a)(5) provides:

(A) The district court may extend the time to file a notice of appeal if:

(i) A party so moves no later than 30 days after the time prescribed by this Rule 4 expires; and

(ii) Regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4 expires, that party shows excusable neglect or good cause.

1

March 19, 2007 was the last day for the timely filing of the Notice in this case; the 30 day period for filing an appeal expiring Saturday, March 17, 2007. By the rule the time is extended to Monday, March 19, 2007.

A copy of U.S. Postal records (Exhibit B) shows that the Notice was mailed from the Merrifield, Virgginia regional post office at 2:11 PM on Friday March 16, 2007. The posted delivery schedule for first class mail from Merrifield, Virginia to Wilmington, Delaware is one day. Thus a mailing early afternoon from Merrifield should have been sufficient for delivery in Wilmington on Monday March 19. The Exhibit shows the excusable neglect or good cause to extend the date for filing the Notice.

Dated: March 29, 2007
  Annandale, VA 22003

Respectfully Submitted,

*James J. Hayes*
James J. Hayes, Pro Se

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing Motion was mailed from the Northern Virginia Regional Post Office on March 29, 2007 to the following counsel:

Russell C. Silberglied
Richards Layton and Finger P.A.
One Rodney Square
Wilmington, DE 19899

Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*James J. Hayes*
James J. Hayes

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GENESIS HEALTH VENTURES INC. et al., <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Bankruptcy Case No. 00-2692 JHW <br> ) (Jointly Administrated) <br> ) <br> ) |
| JAMES J. HAYES <br><br> Appellant, <br><br> v. <br><br> GENESIS HEALTH VENTURES, INC., <br><br> Appellees. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-103-JJF <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEAL

Notice is hereby given that James J. Hayes, a former holder of common stock of Genesis Health Ventures, Inc., and a member of the Genesis Equity Class in the bankruptcy proceedings, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order Affirming Oral Rulings, codified in the 3/2/2006 Order of the Bankruptcy Court entered on February 16, 2007.

The attorney for Genesis Health Ventures, Inc. is Russell C. Silberglied; Richards, Layton & Finger; One Rodney Square; P.O. Box 551: Wilmington, Delaware 19899.

Dated: March 16, 2007

/s/ James J. Hayes
James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 0100 0005 9815 3128
Detailed Results:

- Delivered, March 20, 2007, 11:06 am, WILMINGTON, DE 19801
- Acceptance, March 16, 2007, 2:11 pm, MERRIFIELD, VA 22116

< Back           Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.
Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS                site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 0100 0005 9815 3128

| | | |
|---|---|---|
| Postage | $ | $0.39 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $2.79 |

Postmark Here — MAR 16 2007 MERRIFIELD VA 22116

Sent To: Clerk, U.S. District Court
Street, Apt. No.; or PO Box No. 844 N. King St
City, State, ZIP+4 Wilmington DE 19801

PS Form 3800, June 2002              See Reverse for Instructions




Clerk
U.S. District Court
844 N. King Street, Lock box 18
Wilmington, DE 19801

U.S.M.S
X-RAY

JAMES J. HAYES
4024 ESTABROOK DR.
ANNANDALE, VA 22003

March 29, 2007

Office of Clerk
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: James J. Hayes v. Genesis Health Ventures, Inc., CA 06-103 (JJF)

Dear Sir or Madam:

Enclosed for filing is a Motion for Extension of Time to File Notice of Appeal.

Sincerely,

*James J. Hayes*

James J. Hayes

Encl.

Original and one copy

FILED
APR 3 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Clerk
U.S. District Court
844 N. King Street, Lock box 18
Wilmington, DE 19801

U.S.M.S
X-RAY