IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :   Chapter 11
In re:                                                     :
                                                           :   Case No. 00-2692 (JHW)
GENESIS HEALTH VENTURES, INC.,                             :
et al.,                                                    :
                                                           :
                                                           :
                 Reorganized Debtor.                       :
-----------------------------------------------------------x
                                                           :
JAMES J. HAYES,                                            :
                 Appellant,                                :
                                                           :
                                                           :   C.A. No. 06-103 (JJF)
         v.                                                :
                                                           :
                                                           :
GENESIS HEALTH VENTURES, INC.,                             :
et al.,                                                    :
                                                           :
                 Appellees.                                :
-----------------------------------------------------------x
```

**APPELLEE MELLON BANK, N.A.'s JOINDER IN REORGANIZED
DEBTORS' OBJECTION TO APPELLANT'S "MOTION FOR EXTENSION
OF TIME TO FILE NOTICE OF APPEAL" [DOCKET NO. 33]**

Appellee Mellon Bank, N.A. ("Mellon"), by its counsel, Morgan, Lewis & Bockius LLP and Buchanan Ingersoll & Rooney P.C. joining in the objection of Genesis Health Ventures Inc. and Norristown Nursing and Rehabilitation Associates, L.P. (collectively, the "Reorganized Debtors"), dated April 20, 2007 (the "Objection"), to Appellant's motion, dated March 29, 2007 (the "Motion"), to extend Appellant's time to file a notice of appeal of this Court's final order, dated February 15, 2007, affirming the order, dated March 2, 2006, of the United States Bankruptcy Court for the District of Delaware denying Appellant's motions for the appointment of a pre-final decree equity committee and for reconsideration of senior lender claims and granting monetary sanctions against him, respectfully represents as follows:

1-NY/2168867.2

1.  Mellon acted as administrative agent for the senior secured lenders (the "Senior Lenders") under the pre-petition and post-petition credit agreements of Genesis Health Ventures, Inc. and its affiliates (the "Reorganized Debtors").

2.  Pursuant to an order dated March 2, 2006, the Bankruptcy Court denied the motions by Mr. James Hayes for the appointment of a pre-final decree equity committee and for reconsideration of the orders allowing the Senior Lenders' claims in the Reorganized Debtors' bankruptcy cases, and granted sanctions in the amount of $20,000 ($15,000 payable to Mellon for the benefit of the Senior Lenders) against Mr. Hayes for his continuing vexatious litigation (the "Bankruptcy Court Order").

3.  Mr. Hayes appealed from the Bankruptcy Court Order, and by order dated February 15, 2007, (the "District Court Order") this Court affirmed the Bankruptcy Court Order. The District Court Order was entered on February 16, 2007.

4.  On March 20, 2007, after the 30-day period in which an appeal may be filed under Fed. R. App. P. 4(a)(1) had elapsed, Mr. Hayes filed a notice of appeal to the United States Court of Appeals for the Third Circuit from the District Court Order (the "Notice of Appeal"). The Notice of Appeal was not served upon Mellon.

5.  On April 3, 2007, Mr. Hayes filed the Motion with this Court seeking an extension of time to file the Notice of Appeal. Contrary to Mr. Hayes' certificate of service, Mellon, once again, was not served with the Motion despite the fact that the Motion seeks to directly affect the rights and interests of Mellon and the Senior Lenders.

6. The Motion is devoid of any merit. However, in order not to burden the Court with repetitious pleadings, Mellon hereby joins and incorporates herein the Reorganized Debtors' Objection.

7. Accordingly, Mellon requests that the Court deny the Motion and grant such further relief as this Court deems just and proper.

Dated: April 20, 2007
      Wilmington, Delaware

                                              Teresa K.D. Currier (Del. Bar No. 3080)
Peter J. Duhig (Del. Bar No. 4024)
BUCHANAN INGERSOLL & ROONEY P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200

-and-

Menachem O. Zelmanovitz
Matthew W. Olsen
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorneys for Mellon Bank, N.A.


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>GENESIS HEALTH VENTURES, INC., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankr. Case No. 00-2692 (PJW)<br>(Jointly Administered) |
| JAMES J. HAYES,<br><br>Appellant,<br><br>v.<br><br>GENESIS HEALTH VENTURES, INC., et al.,<br><br>Appellees. | Civil Action No.: 06-103 (JJF) |

## CERTIFICATE OF SERVICE

I, hereby certify that on April 20, 2007, I electronically filed the Appellee Mellon Bank, N.A.'s Joinder in Reorganized Debtor's Objection to Appelant's "Motion for Extension of Time to File Notice of Appeal" [Docket No. 33] with the Clerk of the Court using CM/ECF which will send notification of such filing to registered participants. I further certify that on April 20, 2007, I have caused to be mailed the document in the manner indicated.

**VIA UPS OVERNIGHT**

James J. Hayes
4024 Estabrook Dr
Annandale, VA 22003

**VIA HAND DELIVERY**

Russell C. Silberglied, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

/s/Peter J. Duhig
Peter J. Duhig (No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
Counsel to Mellon Bank, N.A.

KRLS WILM 65768