IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| GENESIS HEALTH VENTURES, INC., ET AL., | : | Bankruptcy Case NO. 00-2692-JHW |
| | : | |
| Reorganized Debtor. | : | |
| JAMES J. HAYES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-103-JJF |
| | : | |
| GENESIS HEALTH VENTURES, INC., ET AL. | : | |
| | : | |
| Appellees. | : | |

## ORDER

At Wilmington, this ___26___ day of June, 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Appellant's Motion For Extension Of Time To File Notice Of Appeal (D.I. 33) is **DENIED**.

UNITED STATES DISTRICT JUDGE