

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GENESIS HEALTH VENTURES INC. et al., <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Bankruptcy Case No. 00-2692 JHW <br> ) (Jointly Administrated) <br> ) |
| JAMES J. HAYES <br><br> Appellant, <br><br> v. <br><br> GENESIS HEALTH VENTURES, INC., <br><br> Appellees. | ) <br> ) <br> ) <br> ) Civil Action No. 06-103-JJF <br> ) <br> ) <br> ) |

### NOTICE OF APPEAL

Notice is hereby given that James J. Hayes, a former holder of common stock of Genesis Health Ventures, Inc., and a member of the Genesis Equity Class in the bankruptcy proceedings, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order of the United States District Court District of Delaware entered on or about June 26, 2007 denying Plaintiff's Motion for Extension of Time to File Notice of Appeal.

The attorney for Genesis Health Ventures, Inc. is Russell C. Silberglied; Richards, Layton & Finger; One Rodney Square; P.O. Box 551: Wilmington, Delaware 19899.

Dated: July 18, 2007

James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694



4024 Estabrook Dr.
Annandale, VA 22003

U.S. POSTAGE PAID
MERRIFIELD, VA 22116
JUL 18, '07
AMOUNT $0.41
0007846-12

U.S.M.S. X-RAY

Office of Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

JAMES J. HAYES
4024 ESTABROOK DR.
ANNANDALE, VA 22003

July 18, 2006

Office of Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

Re: James J. Hayes v. Genesis Health Ventures, Inc., CA No. 06-103 (JJF)

Dear Sir or Madam:

    Enclosed for filing are an original and one copy of the Notice of Appeal in the above captioned case.

Yours Sincerely,

James J. Hayes

Enclosures.

