CLD-379                                                         September 13, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-1853**

IN RE: GENESIS HEALTH VENTURES, INC.,
        Debtor

JAMES J. HAYES,
       Appellant

     VS.

GENESIS HEALTH VENTURES, INC
MELLON BANK NA, Mellon Bank, N.A.

    (D. DEL CIV. NO. 06-CV-00103)

Present:    RENDELL, SMITH AND JORDAN, <u>CIRCUIT JUDGES</u>.

    Submitted are:

    (1)    By the Clerk for possible dismissal due to jurisdictional defect;

    (2)    Appellant's response;

    (3)    Appellee Mellon Bank's response; and

    (4)    Appellee Genesis Health Ventures, Inc. motion to dismiss

        in the above-captioned case.

IN RE: GENESIS HEALTH VENTURES, INC.
        Debtor

JAMES J. HAYES,
     Appellant

  VS.

GENESIS HEALTH VENTURES, INC
MELLON BANK NA, Mellon Bank, N.A.
Page 2
_____

                                  Respectfully,

                                  Clerk

MMW/EAW/zm/tmk

_____ORDER_____

      The foregoing appeal is dismissed for lack of jurisdiction because the notice of appeal was filed outside the time-period prescribed for filing a notice of appeal. See Fed. R. App. P. 4(a). In a civil case in which the United States is not a party, a notice of appeal must be filed within thirty (30) days of the date of entry of the final judgment or order appealed. Fed. R. App. P. 4(a)(1)(A). Appellant filed an appeal in the United States District Court for the District of Delaware from the Bankruptcy Court's denial of his bankruptcy-related motions. By order entered February 16, 2007, the District Court affirmed the Bankruptcy Court's order. Appellant did not file a notice of appeal until March 20, 2007, thirty-one days after entry of judgment. "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 127 S. Ct. 2360, 2366 (2007). The District Court denied Appellant's motion for extension of time to file an appeal pursuant to Fed. R. App. P. 4(a)(5). Accordingly, given the absence of a timely filed notice of appeal, Appellee's motion to dismiss is granted and the appeal is dismissed.

                                  By the Court,

                                  /s/ Kent A. Jordan
                                Circuit Judge

Dated: October 2, 2007
PDB/cc: Mr. James J. Hayes
     Jason M. Madron, Esq.
     Russell C. Silberglied, Esq.
     Adam P. Strochak, Esq.
     Menachem O. Zelmanovitz, Esq.



A True Copy:

Marcia M. Waldron, Clerk